586 A.2d 921

**The PENN TRAFFIC COMPANY, Appellee,**

**v.**

**Dino S. PERSIO, Appellant.**

Supreme Court of Pennsylvania.

Argued March 8, 1990.

Decided March 11, 1991.

Calvin John Webb, II, Smorto, Persio, Zadzilko, Sibert & Webb, Ebensburg, for appellant.

Larry K. Elliott, Eckert, Seamans, Cherin & Mellott, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

AND NOW, this 11th day of March, 1991, the Order of the Superior Court is affirmed.

LARSEN and McDERMOTT, JJ., did not participate in the consideration or decision of this matter.